UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER |
| -against- | |
| SUZANNE SEGGERMAN, | 10 CR 948 (PKC) |
| Defendant. | |

------------------------------------------------------------x
------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | |
| YVONNE SEGGERMAN, | 13 CR 174 (PKC) |
| Defendant. | |

------------------------------------------------------------x
------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | |
| EDMUND JOHN SEGGERMAN, | 13 CR 216 (PKC) |
| Defendant. | |

------------------------------------------------------------x
------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | |
| HENRY SEGGERMAN, | 13 CR 663 (PKC) |
| Defendant. | |

------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

Sentencing for Susanne Seggerman, Yvonne Seggerman, Edmund John Seggerman and Henry Seggerman is set/adjourned to June 26, 2019 at 11:00 a.m. is Courtroom 11D.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       May 15, 2019